BERTHA GREENBERG and Another v. 933 EAST ONE HUNDRED AND EIGHTY-FIRST STREET REALTY CORPORATION.— Motion for leave to appeal to the Court

of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.